# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 09, 2023

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Brown, Quinton A. | Docket No. | 0980 2:23CR00002-RMP-3 |
|---|---|---|---|

### Petition for Action on Conditions of Pretrial Release

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Quinton A. Brown, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James A. Goeke, sitting in the Court at Spokane, Washington, on the 30th day of January 2023, under the following conditions:

**Standard Condition #9:** Defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On February 2, 2023, the undersigned officer reviewed the conditions of pretrial release supervision with Mr. Brown. Mr. Brown acknowledged an understanding of the conditions at that time.

**Violation #1:** Quinton A. Brown is alleged to have violated the conditions of pretrial release supervision by testing positive for the presence fentanyl, norfentanyl, and cocaine, on February 9, 2023.

On February 9, 2023, Mr. Brown reported to Pioneer Human Services and provided a urine sample that tested presumptive positive for the presence of cocaine and fentanyl. Mr. Brown signed a substance abuse admission form acknowledging he ingested cocaine and fentanyl approximately 4 days prior. Subsequently, the urine specimen was sent to Alere Toxicology Services (Alere) for further analysis.

On February 23, 2023, Alere confirmed the above-noted urine specimen tested positive for the presence of fentanyl, norfentanyl, and cocaine.

**Violation #2:** Quinton A. Brown is alleged to have violated the conditions of pretrial release supervision by admitting to ingesting fentanyl every few days while on pretrial release supervision, on March 7, 2023.

On March 7, 2023, Mr. Brown reported to the U.S. Probation Office and provided a urine specimen that tested presumptive positive for the presence of fentanyl. Mr. Brown admitted to ingesting fentanyl on or about February 24, 2023. Additionally, Mr. Brown acknowledged he had been ingesting fentanyl every few days while on pretrial release supervision. Mr. Brown signed a substance abuse admission form acknowledging his use of fentanyl.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on: March 8, 2023 |
| by | s/Erik Carlson |
|  | Erik Carlson<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

3/9/23

Date