# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 26, 2023

SEAN F. MCAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Brown, Quinton A. | Docket No. | 0980 2:23CR00002-RMP-3 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Quinton A. Brown, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James A. Goeke, sitting in the Court at Spokane, Washington, on the 30th day of January 2023, under the following conditions:

**Standard Condition #9:** Defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On February 2, 2023, the undersigned officer reviewed the conditions of pretrial release supervision with Mr. Brown. Mr. Brown acknowledged an understanding of the conditions at that time.

**Violation #1:** Quinton A. Brown is alleged to have violated the conditions of pretrial release supervision by testing positive for the presence of fentanyl and norfentanyl on March 17, 2023.

On March 17, 2023, Mr. Brown appeared before the Court after his arrest on a warrant issued for alleged violations of pretrial release supervision. The Court ordered Mr. Brown to submit to drug testing as a part of the proceedings. Subsequently, Mr. Brown provided a urine specimen that tested presumptive positive for the presence of fentanyl. Mr. Brown denied recent use of fentanyl, with his last reported use being on or about February 24, 2023. Subsequently, the specimen was sent to Alere Toxicology Services (Alere) for further analysis.

On April 1, 2023, Alere confirmed the above-noted urine specimen tested positive for the presence of fentanyl and norfentanyl.

Due to Mr. Brown stating he last used fentanyl on or about February 24, 2023, the undersigned officer requested that Alere complete additional testing to determine if Mr. Brown ingested fentanyl in between March 7, (a positive drug screen that was previously reported to the Court) and March 17, 2023.

On April 21, 2023, Alere confirmation determined Mr. Brown ingested fentanyl after March 7, and prior to the collection on March 17, 2023. The toxicologist based that opinion on the levels of fentanyl detected in the two samples tested.

It should be noted that Mr. Brown completed an updated substance abuse assessment at Pioneer Human Services on or about April 10, 2023. Mr. Brown was recommended to enter inpatient substance abuse treatment services.

On April 20, 2023, Mr. Brown entered inpatient substance abuse treatment at Pioneer Center East in Spokane, Washington.

PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

PS-8
Re: Brown, Quinton A.
April 26, 2023
Page 2

                    I declare under the penalty of perjury that the foregoing is true and correct.

                    Executed on:  April 26, 2023

by   s/Erik Carlson

                    Erik Carlson
                    U.S. Pretrial Services Officer

THE COURT ORDERS

[X]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

*/s/ James A. Goeke*

Signature of Judicial Officer

4/26/23

Date