# UNITED STATES DISTRICT COURT
for
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 11, 2023

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Brown, Quinton A. | Docket No. | 0980 2:23CR00002-RMP-3 |
|---|---|---|---|

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Erik B. Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Quinton A Brown, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James A. Goeke sitting in the court at Spokane, Washington, on the 30th day of January 2023 (ECF No. 57) and the 17th day of March 2023 (ECF No. 99) under the following conditions:

**Standard Condition #9 (ECF No. 57):** Defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

**Additional Condition #3 (ECF No. 99):** Defendant shall be assessed for inpatient treatment as soon as is practicable. If recommended, Defendant shall successfully complete inpatient substance abuse treatment and follow all treatment recommendations. Defendant shall continue to attend any outpatient treatment programs he is current in and abide by all treatment recommendations.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On February 2, 2023, the undersigned officer reviewed the conditions of pretrial release supervision with Mr. Brown (ECF No. 57). Mr. Brown acknowledged an understanding of the conditions at that time.

On April 14, 2023, the undersigned officer reviewed the additional conditions of pretrial release supervision imposed by the Court (ECF No. 99). Mr. Brown acknowledged an understanding of the conditions at that time.

**Violation #1:** Quinton A. Brown is alleged to have violated the conditions of pretrial release supervision by testing positive for the presence of fentanyl on April 20, 2023.

On April 20, 2023, Mr. Brown entered inpatient substance abuse treatment at Pioneer Center East. On that same date, Mr. Brown provided a urine specimen for the purpose of drug testing. The sample was sent to Drug Scan for further analysis.

On April 26, 2023, Drug Scan confirmed the above-noted urine specimen tested positive for the presence of fentanyl. It should be noted Drug Scan also confirmed the sample contained greater than 1,500 nanograms per milliliter of fentanyl.

**Violation #1:** Quinton A. Brown is alleged to have violated the conditions of pretrial release supervision by testing positive for the presence of fentanyl on April 20, 2023.

On April 20, 2023, Mr. Brown entered inpatient substance abuse treatment at Pioneer Center East. On that same date, Mr. Brown provided a urine specimen for the purpose of drug testing. The sample was sent to Drug Scan for further analysis.

On April 26, 2023, Drug Scan confirmed the above-noted urine specimen tested positive for the presence of fentanyl. It should be noted Drug Scan also confirmed the sample contained greater than 1,500 nanograms per milliliter of fentanyl.

**Violation #2:** Quinton A. Brown is alleged to have violated the conditions of pretrial release supervision by testing positive for the presence of fentanyl on April 24, 2023.

On April 24, 2023, Mr. Brown provided a urine specimen for the purpose of drug testing at Pioneer Center East. The sample was sent to Drug Scan for further analysis.

On April 28, 2023, Drug Scan confirmed the above-noted urine specimen tested positive for the presence of fentanyl. It should be noted Drug Scan also confirmed the sample contained greater than 1,500 nanograms per milliliter of fentanyl.

**Violation #3:** Quinton A. Brown is alleged to have violated the conditions of pretrial release supervision by testing positive for the presence of fentanyl on April 29, 2023.

On April 29, 2023, Mr. Brown provided a urine specimen for the purpose of drug testing at Pioneer Center East. The sample was sent to Drug Scan for further analysis.

On May 1, 2023, Drug Scan confirmed the above-noted urine specimen tested positive for the presence of fentanyl. It should be noted Drug Scan also confirmed the sample contained greater than 1,500 nanograms per milliliter of fentanyl.

**Violation #4:** Quinton A. Brown is alleged to have violated the conditions of pretrial release supervision by testing positive for the presence of fentanyl on April 30, 2023.

On April 30, 2023, Mr. Brown provided a urine specimen for the purpose of drug testing at Pioneer Center East. The sample was sent to Drug Scan for further analysis.

On May 4, 2023, Drug Scan confirmed the above-noted urine specimen tested positive for the presence of fentanyl. It should be noted Drug Scan also confirmed the sample contained greater than 1,500 nanograms per milliliter of fentanyl.

**Violation #5:** Quinton A. Brown is alleged to have violated the conditions of pretrial release supervision by testing positive for the presence of fentanyl on May 6, 2023.

On May 6, 2023, Mr. Brown provided a urine specimen for the purpose of drug testing at Pioneer Center East. The sample was sent to Drug Scan for further analysis.

On May 10, 2023, Drug Scan confirmed the above-noted urine specimen tested positive for the presence of fentanyl. It should be noted Drug Scan noted the sample contained greater than 1,500 nanograms per milliliter of fentanyl.

**Violation #6:** Quinton A. Brown is alleged to have violated the conditions of pretrial release supervision by testing positive for the presence of fentanyl, hydrocodone, norhydrocodone, and hydromorphone on May 7, 2023.

On May 7, 2023, Mr. Brown provided a urine specimen for the purpose of drug testing at Pioneer Center East. The sample was sent to Drug Scan for further analysis.

On May 10, 2023, Drug Scan confirmed the above-noted urine specimen tested positive for the presence of fentanyl and hydrocodone. It should be noted, Drug Scan also confirmed the sample contained greater than 1,500 nanograms per milliliter (ng/ml) of fentanyl; 882.5 ng/ml of hydrocodone; 1114.3 ng/ml of norhydrocodone; and 64.8 ng/ml of hydromorphone.

It does not appear Mr. Brown has a current prescription for hydrocodone. The laboratory report noted that norhydrocodone and hydromorphone are metabolites of hydrocodone.

**Violation #7:** Quinton A. Brown is alleged to have violated the conditions of pretrial release supervision by testing positive for the presence of fentanyl and norhydrocodone on May 8, 2023.

On May 8, 2023, Mr. Brown provided a urine specimen for the purpose of drug testing at Pioneer Center East. The sample was sent to Drug Scan for further analysis.

On May 10, 2023, Drug Scan confirmed the above-noted urine specimen tested positive for the presence of fentanyl and norhydrocodone. It should be noted, Drug Scan also confirmed the sample contained greater than 1,500 nanograms per milliliter (ng/ml) of fentanyl and 387.9 ng/ml of norhydrocodone.

It should be noted that norhydrocodone is a metabolite of the prescription pain medication hydrocodone. Mr. Brown has not provided a valid prescription for hydrocodone to the undersigned officer.

**Violation #8:** Quinton A. Brown is alleged to have violated the conditions of pretrial release supervision by testing presumptive positive for the presence of fentanyl on May 9, 2023.

On May 9, 2023, Mr. Brown reported to the U.S. Probation Office and provided a urine specimen that tested presumptive positive for the presence of fentanyl. Mr. Brown denied ingesting fentanyl, but stated he had recently walked into a room where fentanyl was being smoked. Subsequently, the urine specimen was sent to Alere Toxicology (Alere) for further analysis.

As of the completion of this petition, the undersigned officer has yet to receive the laboratory test results from Alere.

**Violation #9:** Quinton A. Brown is alleged to have violated the conditions of pretrial release supervision by being unsuccessfully discharged from inpatient substance abuse treatment at Pioneer Center East on May 9, 2023.

On April 10, 2023, Mr. Brown participated in a substance abuse assessment at Pioneer Human Services. As a result of this assessment, Mr. Brown was recommended to enter inpatient substance abuse treatment.

On April 20, 2023, Mr. Brown entered inpatient substance abuse treatment at Pioneer Center East (PCE).

On May 9, 2023, Mr. Brown was unsuccessfully discharged from PCE due to suspected drug use throughout his time in treatment and no response to outreach or engagement efforts.

PRAYING THAT THE COURT WILL ORDER A WARRANT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: May 11, 2023

by    s/Erik Carlson

Erik Carlson
U.S. Pretrial Services Officer

PS-8

Re: Brown, Quinton A.
May 11, 2023
Page 4

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_____
Signature of Judicial Officer

5/11/23
_____
Date