PROB 12C
(6/16)

Report Date: August 29, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 30, 2024

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Quinton A. Brown | Case Number: 0980 2:23CR00002-TOR-3 |
| Address of Offender: ▉▉▉▉▉▉▉▉▉▉ Spokane, Washington 99218 | |

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge
Name of Supervisory Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: July 9, 2024

| | |
|---|---|
| Original Offense: | Conspiracy to Distribute 50 Grams of Actual (Pure) Methamphetamine, 21 U.S.C. §§ 841(a)(1),(b)(1)(A)(viii), 846<br><br>Distribution of 50 Grams or More of Actual (Pure) Methamphetamine, 21 U.S.C. § 841(a)(1),(b)(1)(A)(viii), 18 U.S.C. § 2 |
| Original Sentence: Prison 154 Days; TSR - 60 Months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: David Michael Herzog | Date Supervision Commenced: July 9, 2024 |
| Defense Attorney: David Matthew Miller | Date Supervision Expires: July 8, 2029 |

---

### PETITIONING THE COURT

To issue a summons.

On July 15, 2024, a U.S. probation officer reviewed the judgment and conditions in this case with the offender. Mr. Brown signed the judgement acknowledging his understating of such conditions of supervised release.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #3:** You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 5 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: It is alleged that Mr. Brown violated the above condition by failing to submit to urinalysis testing as directed on August 21 and 22, 2024.<br><br>On August 21, 2024, Mr. Brown's assigned color for random urinalysis (UA) testing was called by the vendor. Mr. Brown failed to report to the vendor by the close of business to submit to UA testing. |

Prob12C
Re: Brown, Quinton A.
August 29, 2024
Page 2

On August 22, 2024, the undersigned officer contacted Mr. Brown about his failure to report for UA testing and directed him to report to the U.S. Probation Office in Spokane, Washington, for make-up testing. Mr. Brown again failed to report by the close of business to submit to UA testing.

On the morning of August 23, 2024, Mr. Brown reported to the undersigned officer to submit to UA testing. A test was conducted and observed by this officer, and the sample was presumptive positive for cocaine.

2   **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

**Supporting Evidence**: It is alleged that Mr. Brown violated the above condition by unlawfully consuming a controlled substance, cocaine, on or about August 21, 2024, as evidenced by a positive drug test result reported on August 27, 2024.

On August 23, 2024, Mr. Brown submitted to urinalysis testing, conducted and observed by the undersigned officer. The instant results of the test showed a presumptive positive for cocaine. When questioned about the results, Mr. Brown denied use of such substance and signed a denial form. The sample was packaged in Mr. Brown's presence and sent to the national testing lab (NTL) for confirmation testing.

On August 27, 2024, the NTL returned the results of such testing showing a confirmed positive for cocaine metabolite.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   August 29, 2024

s/Nicolas Olson

Nicolas Olson
U.S. Probation Officer

Prob12C
Re: Brown, Quinton A.
August 29, 2024
Page 3

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

_____
Thomas O. Rice
United States District Judge

_____
August 30, 2024
Date