PROB 12C
(6/16)

Report Date: October 21, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 21, 2024

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Quinton A Brown    Case Number: 0980 2:23CR00002-TOR-3

Address of Offender: 301 East Hawthorne Road, Spokane, Washington 99218

Name of Sentencing Judicial Officer: The Honorable Rosanna M. Malouf, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: July 9, 2024

Original Offense:    Conspiracy to Distribute 50 Grams of Actual (Pure) Methamphetamine, 21 U.S.C. §§ 841(a)(1),(b)(1)(A)(viii), 846; Distribution of 50 Grams or More of Actual (Pure) Methamphetamine, 21 U.S.C. § 841(a)(1),(b)(1)(A)(viii), 18 U.S.C. § 2

Original Sentence:   Prison - 154 days;            Type of Supervision: Supervised Release
                     TSR - 60 months

Asst. U.S. Attorney: David Michael Herzog          Date Supervision Commenced: July 9, 2024

Defense Attorney:    Adrien Lindsay Fox            Date Supervision Expires: July 8, 2029

---

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 08/30/2024.

On July 15, 2024, a probation officer reviewed the conditions of supervision with Mr. Brown. He signed a copy of his judgment acknowledging an understanding of his conditions.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Special Condition #3** : You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from the substances. |

    **Supporting Evidence**: It is alleged that Mr. Brown violated the above condition by consuming marijuana on or about October 14, 2024, as evidenced by a lab-confirmed positive urinalysis test.

    On October 14, 2024, Mr. Brown submitted to a random urinalysis test conducted by Pioneer Human Services. The results of Mr. Brown's sample were presumptive positive for THC/marijuana. Mr. Brown signed a denial of use form, and the sample was sent to the national testing lab for confirmation.

Prob12C
Re: Brown, Quinton A.
October 21, 2024
Page 2

On October 15, 2024, Mr. Brown met with this officer in the Spokane office. He continued to deny use, but reported he used another person's "vape" that he later learned may have contained a CBD and/or THC product.

On October 19, 2024, the lab reported a confirmed positive for THC in Mr. Brown's sample. These results were transmitted to this officer on October 21, 2024.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   October 21, 2024

s/Nicolas Olson

Nicolas Olson
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

*Thomas O. Rice*
Thomas O. Rice
United States District Judge

October 21, 2024
Date